IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DAUNG SAM,**

    Petitioner,

v.                                                     Civil Action No. **3:16CV577**

**RICHARD CROPP,** *et al.*,

    Respondents.

**MEMORANDUM OPINION**

By Memorandum Order entered on July 26, 2016, the Court conditionally docketed Petitioner's action. At that time, the Court warned Petitioner that he must keep the Court informed as to his current address if he was released or was relocated. On September 21, 2016, the United States Postal Service returned a September 14, 2016 Memorandum Order to the Court marked, "RETURN TO SENDER," because Petitioner apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                         /s/
                                                   M. Hannah Lauck
                                                 United States District Judge

Date: OCT 19 2016
Richmond, Virginia